IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| WENDELL BRADFORD JENKINS, | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| DR. DAVID W. ALLEN, et al. | : | NO. 18-233 |
| Defendants. | : | |

# ORDER

AND NOW, this 1st day of February, 2018, upon consideration of Mr. Jenkins's motion for leave to proceed *in forma pauperis* and his *pro se* Complaint, it is ORDERED that:

1. Leave to proceed *in forma pauperis* is GRANTED.

2. The complaint is DISMISSED for the reasons stated in the Court's Memorandum. The dismissal is without prejudice to Mr. Jenkins refiling his state law claims in state court. However, Mr. Jenkins is not given leave to file an amended complaint in this case.

3. The Clerk of Court shall CLOSE this case.

**BY THE COURT:**

**/s/ Lawrence F. Stengel**
**LAWRENCE F. STENGEL, C.J.**